KAUFER *v.* UNITED STATES.

No. 1041. Decided April 1, 1969.

*Frederick H. Block* and *Herbert Monte Levy* for petitioner.

*Solicitor General Griswold, Assistant Attorney General Wilson, Beatrice Rosenberg,* and *Roger A. Pauley* for the United States.

PER CURIAM.

The petition for a writ of certiorari is granted and the judgment is affirmed. *Desist* v. *United States, ante,* p. 244.

MR. JUSTICE DOUGLAS and MR. JUSTICE FORTAS dissent from the affirmance of the judgment.

MR. JUSTICE HARLAN and MR. JUSTICE WHITE would deny the petition for a writ of certiorari.